BUSCH & SONS, INC., PLAINTIFF-RESPONDENT,, v. RETAIL UNION OF NEW JERSEY, LOCAL 108, ETC., *ET ALS.*, DEFENDANTS-PETITIONERS.

See same case below: 27 *N. J. Super.* 432.

*Messrs. Rothbard, Harris & Oxfeld, Mr. Samuel L. Rothbard* and *Mr. Abraham L. Friedman* for the petitioners.

*Messrs. Bilder, Bilder & Kaufman, Mr. Samuel Kaufman* and *Mr. John M. Kaufman* for the respondent.

December 21, 1953.   Granted.